

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00657-CV

**DTND SIERRA INVESTMENT, LLC**,
Appellant

v.

**HSBC BANK USA**, National Association, as Successor Trustee to Wells Fargo Bank, N.A., as
Trustee for Bear Stearns Mortgage Funding Trust 2006-AC1, Asset-Backed Certificates, Series
2006-AC1,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00165
Honorable Richard Price, Judge Presiding

## O R D E R

The reporter's record was due November 2, 2015, but was not filed. On November 4, 2015, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice on November 9, 2015, by stating that the record was not filed because appellant had not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant was not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). The reporter attached a copy of an email she sent to counsel for appellant on September 24, 2015, advising of the cost of the record. The reporter also advised that she also called counsel for appellant.

Accordingly, we ordered appellant to provide written proof to this court on or before November 30, 2015, that either (1) the reporter's fee had been paid or arrangements satisfactory to the reporter had been made to pay the reporter's fee, or (2) appellant was entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). We advised appellant that if it failed to respond to our order in a timely manner, appellant's brief would be due on December 17, 2015, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

On December 7, 2015, appellant filed a motion explaining that it was confused regarding whether the appeal was to continue based on issues involving the notice of appeal. Appellant further explained that it was not until our order regarding payment for the reporter's record that it realized the appeal was "ripe." Additional delay in responding to our order ensued because counsel for appellant failed to calendar the November 30, 2015 deadline. Accordingly, appellant asked in the motion that the reporter be permitted to file the record for which payment has been made, and that it be given an extension of thirty days from the date the record is filed to file appellant's brief. The reporter's record was filed December 9, 2015. Accordingly, we **GRANT** appellant's request for an extension of time to file appellant's brief and **ORDER** appellant to file its brief on or before January 8, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court